A fourth question is: "Did the indorsement of the last note, under the circumstances stated, constitute as a matter of law the indorsement of the whole series?" Disposition of the other questions, upon the grounds stated, renders immaterial the fourth question.

Accordingly, we recommend that the three material questions be thus answered: No. 1, "Yes"; No. 2, "No"; No. 3, "The Court of Civil Appeals did not err in reversing the judgment of the trial court and in remanding the cause for further trial."

CURETON, C. J. The opinion of the Commission of Appeals answering certified questions is adopted, and we direct particular attention to the case of First State Bank of Windom v. McElwrath (Tex. Civ. App.) 266 S. W. 838, cited by the commission.

---

**CITY OF FORT WORTH, Appellant, v. Suzanne DAVIDSON, Appellee.**
**(No. 808–4869.)**

Commission of Appeals of Texas, Section B.
Oct. 12, 1927.

For former opinion, see 296 S. W. 288.

SPEER, J. We think counsel have mistaken the effect of our holding in this case. We have not considered a case against the city based upon the negligence of a police officer. The opinion is not capable of the interpretation that it overrules or questions the long line of decisions holding that a city will not be liable for the negligence of its police officers or other governmental agent.

We recommend that the motion for rehearing be overruled.